UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

OLEG MEERSON,

    Plaintiff,

v.                                                                     No.3:05-cv-1186-J-12MCR

DONALD NEUFELD, etc., et al.,

    Defendants.

## ORDER

By Order (Doc.10) filed May 11, 2006, after noting that the Plaintiff had not established that any of the Defendants in this action have been properly served, the Plaintiff was given until June 12, 2006, to establish proper service of the Complaint (Doc.1) pursuant to Fed.R.Civ.P. 4, by filing the appropriate documents with the Court. The Plaintiff was also advised that "failure to perfect service on the Defendants and file proof of service by June 12, 2006, or to seek a further extension of time to do so shall result in the dismissal of this cause without prejudice and <u>without further notice</u> by this Court."

As of the date of this Order, the Plaintiff has not filed anything in response to the Court's Order (Doc.10) of May 11, 2006. Accordingly, it is

    ORDERED:

That this action is hereby dismissed without prejudice for failure to perfect service of process within the time limits set forth in Fed.R.Civ.P. 4, and the Clerk shall terminate all pending deadlines and hearings and close the case.

DONE AND ORDERED this 21st day of June 2006.

_____
SENIOR UNITED STATES DISTRICT JUDGE

Copies to:
Counsel of Record